UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| PATRICK HOOD, § § *Plaintiff*, § § vs. § MICHAEL PULLARA and § JOEL GORSKI, § § *Defendants*. § | C.A. NO. 4:07-CV-03791 |

## ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT HARRIS COUNTY

Came on for consideration the Motion to Dismiss claims against Harris County filed by Plaintiff Patrick Hood. Having considered the Motion, and applicable law, the Court is of the opinion that the Motion to Dismiss should be GRANTED. It is therefore

ORDERED that Plaintiff Patrick Hood's Motion to Dismiss claims against Harris County is GRANTED. Plaintiff Patrick Hood's suit is hereby dismissed without prejudice as to his claims against Defendant Harris County.

SIGNED this 21 at day of May, 2009.

_____
**PRESIDING JUDGE**